# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00539-CV

### Victoria VanBuren, Appellant

### v.

### Daniel Urban, Appellee

---

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-23-001227, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant Victoria VanBuren appeals from the trial court's July 26, 2024 order rendering judgment on a jury verdict finding grounds for an annulment. After appellee Daniel Urban filed a motion to dismiss the appeal for lack of jurisdiction, asserting that the annulment order is not a final and appealable order, this Court abated the case for entry of a final and appealable order or judgment.

In the underlying case, the issues were bifurcated into two trials. After the trial court signed the July 26, 2024 order rendering judgment on the annulment, the parties tried the remaining issues, including property distribution, in a second, final bench trial on August 27, 28, and 30, 2024. A letter ruling on those issues was anticipated to be provided to the parties by September 30, 2024. Accordingly, we abated the appeal and remanded the case to the trial court to allow VanBuren to obtain a signed final and appealable order or judgment. *See, e.g.*, *Davidson v. Davidson*,

No. 03-19-00542-CV, at *1 (Tex. App.—Austin Dec. 20, 2019, order) (per curiam); *O'Kroley v. Sherwin-Williams Co.*, No. 11-17-00339-CV, 2018 WL 2212950, at *1 (Tex. App.—Eastland May 10, 2018, order) (per curiam).

As instructed, VanBuren has filed a motion to extend the abatement accompanied by a status report, informing the Court that a final and appealable judgment has not yet been signed. We grant VanBuren's motion, extend our abatement of this appeal, and remand this case to the trial court to provide VanBuren additional time to obtain a final and appealable judgment. We instruct the trial-court clerk to prepare a supplemental clerk's record containing the trial court's final and appealable judgment. *See* Tex. R. App. P. 34.5(c)(1). We further instruct VanBuren to file a motion to reinstate the appeal or a motion to extend the abatement accompanied by a report advising us of the status of the case no later than February 20, 2025. If either a supplemental clerk's record containing a final and appealable judgment or an appropriate motion is not filed in this Court by February 20, 2025, we may dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

It is ordered on January 21, 2025.


Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed: January 21, 2025